# Exhibit B

**Insider** Inc.                                                                  Bix Bettwy <bbettwy@insider.com>

## Fwd: Reaching out from Business Insider
10 messages

Katie Warren <kwarren@businessinsider.com>                    Thu, Sep 24, 2020 at 2:21 PM
To: Bix Bettwy <bbettwy@businessinsider.com>

---------- Forwarded message ----------
From: **Andrew Wood** <awood@wpsir.com>
Date: Wed, Apr 24, 2019 at 11:06 AM
Subject: Re: Reaching out from Business Insider
To: Katie Warren <kwarren@businessinsider.com>

Hi Katie, the photos can be downloaded here: https://williampitt.egnyte.com/fl/GgUPTw8YxZ
The listing is live on our site now here: https://www.williampitt.com/search/real-estate-sales/82-brookwood-lane-new-canaan-ct-06840-170185775-2118609/
Please let me know if you need anything else!
Best,
Andrew

On Tue, Apr 23, 2019 at 3:46 PM Katie Warren <kwarren@businessinsider.com> wrote:
> Hi Andrew,
>
> Thanks so much for getting back to me. Tomorrow is fine! Looking forward to receiving them.
>
> Thanks,
> Katie
>
> On Tue, Apr 23, 2019 at 3:41 PM Andrew Wood <awood@wpsir.com> wrote:
>> Hi Katie, thanks for reaching out. What is your timing? I have photos I can send now but am expecting a couple more good ones tonight if you are able to wait until tomorrow. The listing should be up on our website in the next two hours or so.
>> Best
>> Andrew
>>
>> On Tue, Apr 23, 2019 at 3:07 PM Katie Warren <kwarren@businessinsider.com> wrote:
>>> Hi Andrew,
>>>
>>> I'm a reporter at Business Insider and I'm reaching out about the $13.9 million home Paul Simon is listing with Sotheby's in New Canaan, Conn.
>>>
>>> As we often cover celebrity real estate here at Business Insider, I'd love to do a photo-tour story on this property.
>>>
>>> Would you be able to send over the high-res photos of the listing so we can feature the home? I don't see it listed yet on your website — when is the listing expected to go live?
>>>
>>> Thank you so much,
>>> Katie
>>>
>>> --
>>> **Katie Warren**
>>> Executive Lifestyle Reporter

## BUSINESS INSIDER

An Insider Inc. Publication
One Liberty Plaza, 8th FL, New York, NY 10006

--

**Andrew Wood**
Vice President of Public Relations and Communications
William Pitt • Julia B. Fee Sotheby's International Realty
203 644 1938
williampitt.com   juliabfee.com

*Notice: William Pitt and Julia B. Fee Sotheby's International Realty does not make requests for personal financial data nor attempt to obtain confidential information through email. If you receive an email that appears to be from our company asking you to transfer funds or reveal confidential information, email fraud may be involved. Please do not respond to the message, and contact us immediately at: fraudalerts@williampitt.com or +1 203.644.1474.*

--

**Katie Warren**
Executive Lifestyle Reporter

## BUSINESS INSIDER

An Insider Inc. Publication
One Liberty Plaza, 8th FL, New York, NY 10006

--

**Andrew Wood**
Vice President of Public Relations and Communications
William Pitt • Julia B. Fee Sotheby's International Realty
203 644 1938
williampitt.com   juliabfee.com

*Notice: William Pitt and Julia B. Fee Sotheby's International Realty does not make requests for personal financial data nor attempt to obtain confidential information through email. If you receive an email that appears to be from our company asking you to transfer funds or reveal confidential information, email fraud may be involved. Please do not respond to the message, and contact us immediately at: fraudalerts@williampitt.com or +1 203.644.1474.*

--

**Katie Warren**
Senior Executive Lifestyle Reporter

## BUSINESS INSIDER

An Insider Inc. Publication
One Liberty Plaza, 8th FL, New York, NY 10006